# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CODY YENTZER,<br><br>   Plaintiff<br><br> v.<br><br>POTTER COUNTY, et al.,<br><br>   Defendants | CIVIL ACTION NO. 3:20-CV-1579<br><br>(CONNER, J.)<br>(MEHALCHICK, M.J.) |

## ORDER

On January 25, 2021 and April 20, 2021 (Doc. 12 and 14), this Court granted the parties' stipulated motion to stay this matter. Having been advised that the basis for the stay has been resolved (Doc. 15), it is hereby ORDERED that the stay in this matter is lifted, and Defendants shall file a responsive pleading to Plaintiff's complaint on or before July 13, 2021.

**Dated: April 3, 2019**
                    *s/ Karoline Mehalchick*
                    **KAROLINE MEHALCHICK**
                    **United States Magistrate Judge**